UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:8:14-cv-02988-SDM-TGW

HOWARD COHAN,

    Plaintiff,

vs.

MAINTSTREAM PARTNERS VIII, LTD d/b/a
GULF BEACH INN

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal with Prejudice of this Action pursuant to Rule 41 of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, MAINSTREAM PARTNERS VIII, LTD ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed with prejudice against Defendant.

Dated: 3/17/15

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY: _____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527