UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.       CASE NO. 8:14-cv-2988-T-23TGW

MAINSTREAM PARTNERS VIII, LTD,

    Defendant.
_____/

### ORDER

The plaintiff announces (Doc. 4) voluntary dismissal. Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on March 19, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE